# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

             Appellant

        v.

ERIK MESSNER,

             Appellee

No. 22 MAP 2014

Appeal from the Order of Chester County Court of Common Pleas, Criminal Division, at No. CP-15-CR-0002725-2013 dated March 5, 2014

## ORDER

**PER CURIAM**

    **AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED**. See Commonwealth v. Hopkins, 117 A.3d 247 (Pa. 2015).